NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1023

AMERICAN SIGNATURE, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE
and VAUGHAN-BASSETT FURNITURE COMPANY, INC.,

Defendants-Appellees.

Appeal from the United States Court of International Trade
in case no. 09-CV-0400, Judge Leo M. Gordon.

ON MOTION

Before RADER, Circuit Judge.

ORDER

The court having expedited briefing and oral argument in this case, pursuant to Fed. R. App. P. 2,

IT IS ORDERED THAT:

Each of the parties' briefs, due on November 12, 2009, may not exceed 30 pages.

FOR THE COURT

NOV 0 3 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Jeffrey S. Grimson, Esq.
Stephen Carl Tosini, Esq.
Joseph W. Dorn, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 3 2009

JAN HORBALY
CLERK